**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DERWIN RAMON SANCHEZ COLINA,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

No. 4:26-CV-02089

(Chief Judge Brann)

**ORDER**

**SEPTEMBER 24, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Sanchez Colina's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED** without prejudice to his right to raise his claims in a future petition; and
2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
Chief United States District Judge